UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 22, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RYAN HAVER,

Defendant.

Case No. 2:19-mj-00205-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __RYAN HAVER__,

Case No. __2:19-mj-00205-CKD__ Charge __18 USC § 921(a)(24; 26 USC §§ 5861(d), 5845(a)(7) and 5871__, from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $ ___

**X** Unsecured Appearance Bond $ __25,000.00, co-signed by Grace Ryan__

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

**X** (Other): __Released on 11/22/2019 to Pretrial Services for the Federal Defenders Office to transport the defendant to WellSpace Facility.__

Issued at Sacramento, California on November 22, 2019 at __2:36 pm__

By: _____
Magistrate Judge Carolyn K. Delaney